**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Jamie Devito | | |
| DEBTOR | : | BKY. NO.   14-16689ELF |

**ORDER**

AND NOW, this 13th day of March, 2019 upon consideration of the Debtor's Motion to Reconsider Relief Order and Reinstate the Automatic Stay, and there being no opposition thereto,

It is hereby Ordered that the Motion is **GRANTED**. The order granting relief from the automatic stay entered on February 11, 2019 is **VACATED**. The terms of the prior court-approved stipulation shall remain in full force and effect.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**