United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-16689-elf
Jamie DeVito                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: Jun 13, 2019
                              Form ID: 138NEW          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.
```
db              +Jamie DeVito,    2441 S. Alder Street,     Philadelphia, PA 19148-3625
cr               ECMC,    PO BOX 16408,    SAINT PAUL, MN 55116-0408
13380011        ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   AmeriCredit Financial Services, Inc.,    P O Box 183853,
                   Arlington, TX 76096)
13382040        +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                   Arlington, TX 76096-3853
13832349         ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13371694        +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13371695        +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13371698        +KML Law Group,    701 Maeket Street,    Suite 5000,    Philadelphia, PA 19106-1541
13371699         NCO PORTFOLIO MANAGEMENT,    POB 3001,    Malvern, PA 19355-0701
13371701         PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                   Harrisburg, PA 17120-0946
13371703        +PGW,    Legal Dept. 4th Floor,    800 Montgomery Avenue,    Philadelphia, PA 19122-2806
13371704        +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13515200        +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13371706         SPS,    MC240,    3815 SouthWest Temple,    Salt Lake City, UT 84115
13371707        +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                   Chicago, IL 60661-3631
14219259        +U.S. Bank National Association,    C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                   701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
13456229        +U.S. Bank National Association, as trustee,    c/o Select Portfolio Servicing, Inc.,
                   3815 South West Temple,    Salt Lake City, UT 84115-4412
13455733        +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, CA 94163-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:28      City of Philadelphia,
                   City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                   Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2019 03:31:28
                   Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2019 03:31:59      U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13371689        +E-mail/Text: ally@ebn.phinsolutions.com Jun 14 2019 03:30:37      Ally Financial,
                   P.O. Box 130424,    Roseville, MN 55113-0004
13383706         E-mail/Text: ally@ebn.phinsolutions.com Jun 14 2019 03:30:37
                   Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13371693         E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:28      City of Philadelphia,
                   Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadephai, PA 19102
13456886         E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:28      City of Philadelphia,
                   Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                   Philadelphia, PA  19102-1595
13371691         E-mail/Text: ecf@ccpclaw.com Jun 14 2019 03:30:38      Cibik and Cataldo, P.C.,
                   225 S. 15th Street,    Suite 1635,    Philadelphia, PA 19102,    ccpc@ccpclaw.com
13371692        +E-mail/Text: ecf@ccpclaw.com Jun 14 2019 03:30:38      Cibik and Cataldo, P.C.,
                   1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
13371696         E-mail/Text: cio.bncmail@irs.gov Jun 14 2019 03:30:49      I.R.S.,    P.O. Box 7346,
                   Philadelphia, PA 19101-7346
13371697         E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 14 2019 03:31:50      Jefferson Capital,
                   P.O. Box 23051,    Columbus, GA 31902
13434377         E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 14 2019 03:31:50      Jefferson Capital Systems LLC,
                   Po Box 7999,    Saint Cloud Mn 56302-
13371700        +E-mail/Text: bankruptcy@oliphantfinancial.com Jun 14 2019 03:31:37      Oliphant Financial, LLC,
                   9009 Town Center Parkway,    Lakewood Ranch, FL 34202-4185
13371702        +E-mail/Text: ebn@vativrecovery.com Jun 14 2019 03:30:51      Palisades Collections, LLC,
                   c/o Vativ Recovery Solutions, LLC,    P.O. box 19249,    Sugar Land, TX 77496-9249
13383538         E-mail/Text: bnc-quantum@quantum3group.com Jun 14 2019 03:31:04
                   Quantum3 Group LLC as agent for,    Second Round LP,    PO Box 788,    Kirkland, WA  98083-0788
13375795         E-mail/Text: bnc-quantum@quantum3group.com Jun 14 2019 03:31:04
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13937730         E-mail/Text: jennifer.chacon@spservicing.com Jun 14 2019 03:32:57
                   U.S. Bank National Association, as trustee,    c/o Select Portfolio Servicing, Inc.,
                   P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               AmeriCredit Financial Services, Inc. dba GM Financ
```

```
District/off: 0313-2           User: PaulP              Page 2 of 2              Date Rcvd: Jun 13, 2019
                               Form ID: 138NEW          Total Noticed: 35

13371690*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
                (address filed with court: Americredit,    P.O. Box 183853,   Arlington, TX 76096)
13371705      ##+SPS,   c/o Zucker Goldberg & Ackerman, LLC,    200 Sheffield Street, Suite 101,
                Mountainside, NJ 07092-2315,   Attn: Kimberly Bonner, Esquire
                                                                                         TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as trustee, on
               behalf of the holders of the CSFB Mortgage Pass-Through Certificates, Series 2005-CF1
               bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as trustee, on
               behalf of the holders of the CSFB Mortgage Pass-Through Certificates, Series 2005-CF1
               kab@jsdc.com,  jnr@jsdc.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank National Association, as trustee, on
               behalf of the holders of the CSFB Mortgage Pass-Through Certificates, Series 2005-CF1
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor     U.S. Bank National Association, as trustee, on
               behalf of the holders of the CSFB Mortgage Pass-Through Certificates, Series 2005-CF1
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for U.S. Bank National Association, as trustee, mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Jamie  DeVito ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Jamie  DeVito ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jamie DeVito
      Debtor(s)

Bankruptcy No: 14−16689−elf
Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
               Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                  For The Court
                                         Timothy B. McGrath
                                         Clerk of Court

Dated: 6/13/19

                                                          139 − 138
                                                     Form 138_new